Lynda B. ELLISON, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 02–3203.

United States Court of Appeals, Federal Circuit.

DECIDED: Dec. 4, 2002.

**ORDER**

Order Vacated, See 2003 WL 343326.

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Elias SNITZER and John D. Prohaska, Appellants,

v.

Dana Z. ANDERSON, Turan Erdogan, and Victor Mizrahi, Appellees,

v.

Kenneth O. Hill, Bernard Y. Malo, Francois C. Bilodeau, and Derwyn C. Johnson, Appellees.

No. 03–1114.
Interference No. 104,331.

United States Court of Appeals, Federal Circuit.

DECIDED: Dec. 5, 2002.

*ORDER*

Upon consideration of appellees' Kenneth O. Hill, et al, election to have all further proceedings conducted under 35 U.S.C. § 146,

IT IS ORDERED THAT:

This appeal is dismissed pursuant to 35 U.S.C. § 141.